NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUXER CORP.,**
*Plaintiff-Appellant*

**v.**

**BUTTERFLYMX, INC.,**
*Defendant-Appellee*

---

2025-1481

---

Appeal from the United States District Court for the District of Delaware in Nos. 1:24-cv-00602-JCG, Judge Jennifer Choe-Groves.

-------------------------------------------------

**LUXER CORP.,**
*Plaintiff-Appellant*

**v.**

**PACKAGE CONCIERGE, INC., QUADIENT, INC., fka Parcel Pending, Inc.,**
*Defendants-Appellees*

---

2025-1482, 2025-1483

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:24-cv-00603-JCG and 1:24-cv-00604-JCG, Judge Jennifer Choe-Groves.

—————————————

# O R D E R

Upon consideration of Luxer Corp. and Butterfly MX, Inc.'s stipulation to dismiss Appeal No. 2025-1481 pursuant to Federal Rule of Appellate Procedure 42(b)(1),

IT IS ORDERED THAT:

(1) Appeal No. 2025-1481 is deconsolidated from Appeal Nos. 2025-1482 and 2025-1483. The revised official captions are reflected above.

(2) Appeal No. 2025-1481 is voluntarily dismissed.

(3) Each side shall bear its own costs as to Appeal No. 2025-1481.

(4) Luxer's opening brief in the remaining consolidated appeals, Appeal Nos. 2025-1452 and 2025-1453, remains due April 28, 2025.

FOR THE COURT

April 11, 2025
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to 2025-1481 only): April 11, 2025